UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                   :

VARILEASE FINANCE, INC., and VFI KR SPE LLC,   :

                                :

                   Plaintiffs,        :             25-CV-913 (JMF)

                                :

         -v-                    :             <u>ORDER</u>

                                :

FCS ADVISORS, LLC d/b/a BREVET CAPITAL     :
ADVISORS,                           :

                                :

                   Defendant.      :

                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 22, Defendant's earlier motion to dismiss filed at Docket No. 15 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **June 20, 2025**.  Defendant's reply, if any, is due by **June 27, 2025**.

       The Clerk of Court is directed to terminate Docket No. 15.

       SO ORDERED.

Dated:  June 9, 2025
       New York, New York

                                     JESSE M. FURMAN
                                 United States District Judge