UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VARILEASE FINANCE, INC., et al.,                                  :
:
                  Plaintiffs,                        :
:     25-CV-913 (JMF)
      -v-                                                        :
:     ORDER
FCS ADVISORS, LLC,                                                :
:
                  Defendant.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On April 4, 2025, Defendant FCS Advisors, LLC filed a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.  ECF No. 14.  Four months later, on August 4, 2025, Defendant filed a letter motion seeking to redact the already-filed disclosure statement and requesting leave to refile the unredacted version under seal.  ECF No. 31.

        Defendant's request is DENIED.  "[T]here is ample authority for the proposition that where, as here, a party fails to take immediate steps to request that publicly filed materials be sealed, its request to redact or seal may be denied for that reason."  *Fischman v. Mitsubishi Chem. Holdings Am., Inc.*, No. 18-CV-8188 (JMF), 2019 WL 3034866, at *2 (S.D.N.Y. July 11, 2019) (collecting cases).  Defendant waited for four months before attempting to correct its "inadvertent oversight."  ECF No. 31.  Inadvertent or not, at this point, "the proverbial cat is out of the bag."  *Fischman*, 2019 WL 3034866, at *2 (quoting *In re Document Techs. Litig.*, 282 F. Supp. 3d 743, 750 (S.D.N.Y. 2017)).  Accordingly, the motion is denied.

        The Clerk of Court is directed to terminate ECF No. 31.

        SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge